UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                           Case No. 10-20027

                           HONORABLE DENISE PAGE HOOD

VICTOR MANUAL SOTO-ESEBERRE (D-2),

    Defendant.

_____/

## ORDER REGARDING VARIOUS MOTIONS

Defendant Victor Manual Soto-Eseberre, having filed various motions and the Court having held a hearing on the motions and having ruled on the record, accordingly,

IT IS ORDERED that the Motion to Adjourn Pretrial Conference (**No. 29, filed 9/29/2010**) is MOOT.

IT IS FURTHER ORDERED that the Motion for Order Regarding Defendant's Pretrial Incarceration (**No. 30, filed 10/6/2010**) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Disclosure of Brady and Jencks Act Information (**No. 34, filed 10/22/2010**) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Government Agents to Retain Rough Notes (**No. 35, filed 10/22/2010**) is MOOT.

IT IS FURTHER ORDERED that the oral Motion to Adjourn (**10/26/2010**) is GRANTED.

IT IS FURTHER ORDERED that the Motion for Order of the Court Granting Defendant's Motions and Compelling Disclosure (**No. 38, filed 11/11/2010**) is MOOT.

IT IS FURTHER ORDERED that the Motion to Dismiss Superseding Indictment (**No. 39,**

**filed 11/11/2010)** is DENIED.

      IT IS FURTHER ORDERED that the Motion to Adjourn Trial **(No. 43, filed 11/22/2010)** is GRANTED.  The Trial Date is set for March 8, 2011, 9:00 a.m.  Defendant's pending motions[1] are scheduled to be heard on January 25, 2011, 9:00 a.m.

                                          s/DENISE PAGE HOOD  
                                          United States District Judge

DATED:  January 13, 2011

      I hereby certify that a copy of the foregoing document was served upon counsel of record on January 13, 2011, by electronic and/or ordinary mail.

                                          s/Shawntel Jackson  
                                          Case Manager

---

[1] Defendant's pending motions:  1) Motion in Limine (No. 41); 2) Motion to Suppress Statements (No. 44); 3) Motion to Compel Government to Produce More Complete Brady Information (No. 54); 4) Motion to Compel Disclosure (No. 55); and 5) Motion to Withdraw as Counsel (No. 56).